IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE GENSEY, ET AL.,      : | |
|     Plaintiffs,                        : | |
|                                : | CIVIL ACTION |
|       v.                              : | |
|                                : | NO. 10-6767 |
| VALLEY WELLNESS CHIROPRACTIC,    : | |
| ET AL.,                          : | |
|     Defendants.                       : | |

**ORDER**

**AND NOW,** this _____ day of September 2011, upon notification that a settlement agreement has been reached between the Parties in this matter, **IT IS HEREBY ORDERED and DECREED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**IT IS FURTHER ORDERED** that the clerk of the court shall mark the above-captioned case **CLOSED**.

BY THE COURT:

/S/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1]Local Rule 41.1(b) states that "whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."